UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>              Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>TERRENCE FRANK,<br><br>              Defendant. | NO:  CV-12-640-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80147-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION FOR FINAL JUDGMENT AGAINST DEFENDANT |

**BEFORE THE COURT** is the Report and Recommendation for Final Judgment entered by the bankruptcy court on September 6, 2013, Adv. No. 75, ECF No. 14, and the Certificate that Objections Have Not Been Filed, ECF No. 13. Having reviewed the Report and Recommendation and all relevant documents and

ORDER ADOPTING REPORT AND RECOMMENDATION FOR FINAL
JUDGMENT AGAINST DEFENDANT ~ 1

no objection being filed within the allotted time in which to do so, the Court hereby **ADOPTS** the Report and Recommendation, **ECF No. 14**. Judgment shall be entered accordingly.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to Judge Patricia C. Williams.

**DATED** this 24th day of September 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION FOR FINAL JUDGMENT AGAINST DEFENDANT ~ 2