UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TERRENCE FRANK,<br><br>                Defendant. | NO: CV-12-640-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80147-PCW11<br><br>FINAL JUDGMENT AGAINST DEFENDANT TERRENCE FRANK |

JUDGMENT SUMMARY

1. Judgment Creditor:      Plaintiff Bruce P. Kriegman

2. Attorney for Judgment
    Creditors:                 Daniel J. Gibbons

3. Judgment Debtor:       Terrence Frank

FINAL JUDGMENT AGAINST DEFENDANT TERRENCE FRANK ~ 1

4. Attorney for Judgment
   Debtor:                               None

5. Amount of Judgment:                   $220,389.49 CAD; and
                                         $186,046.87 USD

6. Amount of Interested to
   Date of Judgment:                     $0.00

7. Interest Rate:                        0.11% per annum

Pursuant to the Order Granting Motion for Summary Judgment, Adv. No. 70, and the Order Adopting Report and Recommendation of the bankruptcy court, ECF No. 15, this Court hereby enters Judgment as follows:

Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Terrence Frank in the amount of $220,389.40 CAD and $186,046.87 USD, plus post-judgment interest at the rate of 0.11 percent per annum.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Judgment and to provide copies to counsel, Defendant, and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 24th day of September 2013.

                                      *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                  Chief United States District Court Judge